**DISMISS; and Opinion Filed August 22, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00638-CR

### DELARIAN DEMONT FRANKLIN, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59900-U**

## MEMORANDUM OPINION
Before Justices O'Neill, Francis, and Fillmore

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

130638F.U05